AO 91 (Rev. 5/85) Criminal Complaint

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

# United States District Court

OCT 30 2007

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

Western **DISTRICT OF** Virginia

UNITED STATES OF AMERICA

V.

Nathaniel Nmn Yalartai
████/1973
Roanoke City Jail
Roanoke, Virginia

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 7:07mj580

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>October 4, 2007</u> in <u>City of Roanoke</u> county, in the <u>Western</u> District of <u>Virginia</u> defendants(s) did, (Track Statutory Language of Offense) conspire with Solomon Y. Gray and others to commit bank fraud by attempting to cash U.S. Postal Money Order #11666769748 that was purchased on 9/11/2007 as part of a bank scheme organized by Solomon Y Gray, Latoya Steelman, Doris Steelman and others using various accounts at several Bank of America branches in the Roanoke Virginia Area

in violation of Title <u>18</u> United States Code, Section(s) <u>371 & 1344 Bank Fraud</u>.

I further state that I am a(n) <u>Special Deputy U.S. Marshal</u> and that this complaint is based on the following facts:     Official Title

See attached exhibit A

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

10/30/07  3:57 pm   at   Roanoke, VA
Date                          City of State

Michael F. Urbanski
**United States Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, M.G. Vineyard, Roanoke City Police Detective, being duly sworn, depose and state the following:

I have been a Roanoke City Police Officer for over 21 years. I am currently assigned to the White Collar Crimes Unit. I am a member of the Roanoke Valley Financial Crime Task Force that is responsible for the investigation of bank fraud, identity theft, embezzlement, and other financial crimes. This affiant is also a Special Deputy U.S. Marshal. I have been a criminal investigator since 2001 and have been involved in hundreds of criminal investigations of all types and been the affiant on numerous arrest warrants.

1. This affidavit is submitted in support of an arrest warrant for Nathaniel NMN Yalartai, who is currently incarcerated in the Roanoke City Jail in Roanoke, Virginia. I have probable cause to believe Nathaniel NMN Yalartai has committed offenses in violation of Title 18, United States Code Section 1344, Bank Fraud, and Title 18, United States Code Section 371, Criminal Conspiracy.

2. The facts and information contained in this affidavit are based upon my personal knowledge as well as knowledge and observations of other agents and investigators involved in this investigation.

3. In September of 2007, this affiant received information from, Rhonda MacKnight who is the Corporate Security Officer for Bank of America that a group of bank customers had unusual activity associated with their accounts. This activity included several large counterfeit checks being deposited into the accounts. Rhonda MacKnight observed that the accounts in question maintained an average balance of between $100.00-$150.00 dollars in the accounts and after the large checks were deposited the accounts in question began to have funds rapidly removed from them in large sums.

4. During September of 2007, the bank records from Bank of America were reviewed and a bank customer identified as Latoya Steelman became a Bank of America customer in 2006. This account was maintained in a satisfactory manner until September 10th, 2007 when a $25,000.00 check made payable to Latoya Steelman from Manpower was deposited into this account. Another check made payable to Latoya Steelman was deposited into this account on the same date for $10,000.00 also from Manpower. On September, 13th 2007 another check for $40,000.00 was deposited into this account made payable to Latoya Steelman from Manpower.

5. A review of Latoya Steelman's account showed the following withdrawals:

| | | |
|---|---|---|
| 09/10/07 | $ 482.50 | Patterson Avenue, Roanoke VA. |
| 09/11/07 | $4,000.00 | Crossroads Bank of America, Roanoke VA. |
| 09/11/07 | $4,900.00 | Melrose Bank of America, Roanoke VA. |
| 09/11/07 | $ 6,009.00 | US Postal Service, Roanoke VA. |
| 09/12/07 | $ 6,000.00 | Melrose Bank of America, Roanoke VA. |
| 09/12/07 | $3,595.84 | Starkey Road Bank of America, Roanoke VA. |
| 09/14/07 | $ 6,000.00 | Crossroads Bank of America, Roanoke VA. |
| 09/14/07 | $ 6,000.00 | Melrose Bank of America, Roanoke VA. |

6. During September of 2007, the bank records from Bank of America indicate that a bank customer identified as Doris Steelman became a Bank of America customer in September of 2006. This account was maintained in a satisfactory manner until September 17th, 2007 when a check drawn on a CitiBank account made payable to Doris Steelman was deposited into Doris Steelman's account. This check was for $ 25,000.00.

7. A review of Doris Steelman's account showed the following withdrawals:

| | | |
|---|---|---|
| 09/18/07 | $5,000.00 | Crossroads Bank of America, Roanoke VA. |
| 09/18/07 | $5,000.00 | Melrose Bank of America, Roanoke VA. |
| 09/18/07 | $8012.00 | US Postal Service, Roanoke VA. |

8. During September of 2007, the bank records from Bank of America indicate that a bank customer identified as Fatimah Barnes became a Bank of America customer in January of 2006. This account was maintained in a satisfactory manner until September 19th, 2007 when a check drawn on a CitiBank account made payable to Fatimah Barnes was deposited into Fatimah Barnes' account. This check was for $ 25,100.00.

9. A review of as Fatimah Barnes' account showed the following withdrawals:

| | | |
|---|---|---|
| 09/27/07 | $5550.84 | Pollard Street, Bank of America, Vinton VA. |

10. On 10/10/07 an interview was conducted with Latoya Steelman and Doris Steelman. Both Latoya and Doris Steelman advised that they were approached by a Solomon subject (last name unknown) with the Manpower checks. Latoya Steelman and Doris Steelman advised that they attended Patrick Henry High School in Roanoke Virginia with Solomon but could not recall Solomon's last name. Latoya Steelman and Doris Steelman stated that Solomon had an accent and was from Africa.

11. On 10/11/07 Manpower employees were contacted and shown the copies of checks that were deposited into the accounts of Latoya Steelman, Doris Steelman, and Fatimah Barnes. Manpower employees advised that the checks in question did not resemble actual Manpower issued checks nor did the routing numbers printed on the phony checks match that of actual Manpower checks.

12. On 10/10/2007 Latoya Steelman and Doris Steelman were shown bank surveillance photographs and identified the person in the photographs as Solomon. Latoya Steelman and Doris Steelman advised Solomon had arrived in Roanoke from New Jersey driving a new silver Chrysler 300 occupied by four other black males.

13. On 10/10/07 Latoya Steelman and Doris Steelman were interviewed. Both stated that on 10/04/2007 Solomon had been at Latoya's residence earlier in the day with several unknown black males. Solomon returned to her residence later in the day and Latoya noticed one of the unknown black males were missing. Solomon stated that he had been arrested at the Post Office trying to cash one of the money orders. This affiant and Inspector B.A. Brumbaugh arrested Nathaniel NMN Yalartai on 10/04/2007 at the Main Post Office at 419 Rutherford Avenue, Roanoke, Virginia, with Post Money Order # 11666769748.

14. This affiant reviewed Postal Money orders that were either purchased or cashed by a Solomon Gray. A Solomon N. Gray was located and interviewed. Solomon N. Gray advised he has a brother named Solomon Y. Gray who is 17 years old. Solomon N. Gray advised his brother Solomon Y. Gray arrived in Roanoke driving a new silver Chrysler 300 in mid September from New Jersey. Solomon N. Gray stated that his brother picked him up from work in the car and also in the car where several other black males.

15. On 10/12/07 Solomon N. Gray was shown photographs of Nathaniel Yalartai and advised Yalartai was one of the men in the vehicle when he was picked up by his brother Solomon Y Gray. Solomon N. Gray was also shown bank surveillance photographs and identified the male subject in the photographs as his brother Solomon Y. Gray. These surveillance images were obtained from several branches of Bank of America in the Roanoke area

16 On 10/12/07 Solomon N. Gray advised that he received two $1,000.00 dollar U.S. Postal money orders from his brother that he cashed. Solomon N. Gray admitted to keeping some of the cash from the proceeds of the money orders and gave the remaining money back to Solomon Y.Gray.

17. On 09/11/07, the account Bank of America account belonging to Latoya Steelman was used to purchase $6,000.00 in U.S. Postal money orders at the Melrose Avenue Post Office. There were a total of six money orders purchased in $1,000.00 dollar increments. One of the money orders purchased was money order number 11666769748

18. On 10/4/07, Nathaniel NMN Yalartai entered the Post Office located at 419 Rutherford Avenue, Roanoke VA. attempting to cash money order number 11666769748 for $1,000.00. This was one of the money orders purchased on 09/11/07 with the funds from the counterfeit check proceeds.

19. Nathaniel NMN Yalartai was brought to the Postal Inspector's Office where he was advised of his constitutional rights and interviewed. Mr. Yalartai advised he had arrived to Roanoke VA. from Connecticut where he resides. Mr. Yalartai stated he came to Roanoke to visit friends but could not provide any information on who his friends are or where they reside. Mr. Yalartai did advise that he was brought to the Post Office in a new Chrysler 300, but did not recall the driver's name or any of the passengers.
Mr. Yalartai was arrested on Virginia State charges of obtaining money or goods by false pretenses and is being held in the Roanoke City Jail.

20. Based upon all of the above information contained in this affidavit, I believe probable cause exists that Nathaniel NMN Yalartai has knowingly committed offenses against the United States, specifically, Title 18, United States Code Section 1344, Bank Fraud, and Title 18, United States Code Section 371, Criminal Conspiracy. It is respectfully requested that an arrest warrant be issued for the arrest of Nathaniel NMN Yalartai, 348 Campbell Avenue S.W. Roanoke, Virginia.

_____
Affiant

10/30/07
Date

Sworn before me this 30th day of October, 2007

Michael F. Urbanski
United States Magistrate Judge